IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**EDDIE LEE MCCLENDON,**　　　　　　　　　　　　　　　　　　　　　　　　　　**PLAINTIFF**
**ADC #096384**

v.　　　　　　　　　　　　**4:15-cv-00343-KGB-JTR**

**DOC HOLLADAY,**
**Pulaski County Sheriff,** *et al.*　　　　　　　　　　　　　　　　　　　　　　　**DEFENDANTS**

## JUDGMENT

Pursuant to the Order filed this date, this case is dismissed without prejudice; the relief sought is denied. The Court further certifies that an *in forma pauperis* appeal taken from the Order and Judgment dismissing this action is considered frivolous and not in good faith.

SO ADJUDGED this 6th day of January, 2016.

*/s/ Kristine G. Baker*
Kristine G. Baker
United States District Judge